UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TRAVIS JUSTIN CUELLAR, | No. 1:25-cv-00711 JLT SAB (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| KALEH, et al., | (Doc. 13) |
| Defendants. | |

The assigned magistrate judge issued Findings and Recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. (Doc. 13.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 8.) The Court also informed Plaintiff that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time in which to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. As the Findings and Recommendations explain, (*see* Doc. 13 at 1-2), the Court previously provided Plaintiff with instructions about how to cure

the defects in his claims, but Plaintiff failed to do so. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 15, 2025 (Doc. 13) are **ADOPTED** in full.
2. The action is **DISMISSED** for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

UNITED STATES DISTRICT JUDGE

2